**DISMISS and Opinion Filed May 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00867-CV**

**TYLER DURDEN, Appellant**
**V.**
**WATERTON ASSOCIATES, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07819**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Schenck, and Justice Osborne
Opinion by Justice Schenck

By unopposed motion filed April 18, 2022, appellant asserts all issues and

controversies in this matter have been resolved and asks the appeal be dismissed.

*See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210867F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

TYLER DURDEN, Appellant

No. 05-21-00867-CV      V.

WATERTON ASSOCIATES, LLC,
Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-07819.
Opinion delivered by Justice
Schenck, Chief Justice Burns and
Justice Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 4, 2022.